FILED
CLERK, U.S. DISTRICT COURT

April 30, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carmen John Perri** | NO. **CV 18-01391 SJO (SSx)** |
| Plaintiff(s), | |
| v. | |
| **Carl's Jr. No. 1100086 et al** | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| Defendant(s). | |

WHEREAS Plaintiff was ordered to show cause in writing by not later than April 26, 2018, why this action should not be dismissed for the filing of a motion for entry of default judgment.

The Court indicated that the filing of a motion for entry of default judgment would be an appropriate response to this Order to Show Cause, by on or before the above date. Additionally, the Court indicated that failure to respond to the Court's Order may result in the dismissal of the action.

As of today's date plaintiff has failed to respond to the order to show cause. Accordingly, the Court dismisses this action.

April 30, 2018.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE